UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRENDAN NASBY, | ) | |
|       Petitioner, | ) | 3:07-cv-0304-ECR-RAM |
| vs. | ) | |
| E.K. McDANIEL, *et al.*, | ) | **ORDER** |
|       Respondents. | ) | |

Before the Court is petitioner's Motion for Order to Show Cause, seeking the production of various unspecified documents purportedly confiscated from petitioner by prison officials (docket #27). Respondents have belatedly responded to the motion contending that petitioner's request is so vague that it is impossible to determine what documents are being sought or their relevance to the petitioner and opposing the motion on that basis (docket #30). Petitioner has not replied to the opposition and thereby concedes to its truth. LR 7-2. Therefore, the motion for order to produce documents shall be denied.

**IT IS THEREFORE ORDERED** that petitioner's motion for production of documents (docket #27) is **DENIED.**

**IT IS FURTHER ORDERED** that respondents' Motion for Leave to File a Late filing (docket #29) is **GRANTED.**

**IT IS FURTHER ORDERED** that petitioner shall have until June 1, 2010 to file an amended petition.

**IT IS FURTHER ORDERED** that Respondents shall have forty-five (45) days thereafter to file their answer or other response to the petition.

This case has been pending for nearly three years. Therefore, the Court does not anticipate that continuances will be granted to either side absent substantial bases for such continuances.

Dated this 4th day of May, 2010.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE