AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BRENDAN NASBY,

      Plaintiff,              JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:07-cv-00304-ECR-RAM**

E.K. McDANIEL, et al.,

      Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED WITH PREJUDICE.

   November 18, 2010                                 **LANCE S. WILSON**
                                                                     Clerk

                                                           /s/ Katie Lynn Ogden
                                                             Deputy Clerk