UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRENDAN NASBY, | ) | |
| Petitioner, | ) ) | 3:07-cv-0304-ECR-RAM |
| vs. | ) ) | |
| E.K. McDANIEL, *et al.*, | ) ) | **ORDER** |
| Respondents. | ) ) | |
| _____ | ) | |

Before the Court is petitioner's motion requesting that the Court reenter its order of April 20, 2011 following the Ninth Circuit Court of Appeals' limited remand for that purpose (ECF No. 56).

The motion shall be granted to the extent that the Order was refiled on May 13, 2011, at ECF No. 55, as directed by the Court of Appeals.

**IT IS THEREFORE ORDERED** that the motion (ECF No. 56) is **GRANTED**.

Dated this 24th day of May 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE