1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9   BRENDAN NASBY,         )
                         )
10           Petitioner,    )       3:07-cv-0304-ECR-RAM
                         )
11   vs.                   )
                         )      **ORDER**
12   E.K. McDANIEL, *et al.*,    )
                         )
13          Respondents.   )
                         )
14

15
16        Petitioner has filed a motion seeking to reopen this habeas corpus case (ECF No. 61).

17   This action was dismissed without prejudice, and the case closed administratively,

18   pursuant to an Order entered May 13, 2011 (ECF No. 55).   In the Order dismissing the case, the

Court indicated that this case is subject to being reopened upon a motion by petitioner.  *See id*.
19
20        Petitioner's further state-court proceedings have apparently concluded, and petitioner

21   has now returned to this Court seeking to reopen this case.  Respondents do not object to the case

22   being reopened. The Court will therefore grant petitioner's motion to reopen this case.

23        **IT IS THEREFORE ORDERED** that petitioner's Motion to Reopen Case

(ECF No. 61) is **GRANTED**.
24
25        **IT IS FURTHER ORDERED** that the Clerk shall **REOPEN THIS FILE**.

26

1         **IT IS FURTHER ORDERED** that Respondents shall have **forty-five (45) days**

2    from entry of this order to answer or otherwise respond to the surviving grounds of the petition

3    found in the court record at ECF No. 10.

4         Dated this 19th  day of April, 2012.

5

6

7                                   _Edward C. Reed._____

8                                  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26