# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRENDAN NASBY,

    Petitioner,

vs.

E.K. McDANIEL, *et al.*,

    Respondents.

3:07-cv-0304-LRH-RAM

**ORDER**

    Before the Court is petitioner's Motion to Attach Supplemental Exhibits to Petitioner's Reply (ECF No. 75). In the motion, petitioner explains that the exhibits were referenced in his reply brief, but he was unable to obtain copies of the exhibits before the filing deadline.

    Respondents have not opposed the motion and it shall be granted. The clerk is directed to detach and file the Supplemental Exhibits.

    **IT IS SO ORDERED.**

    DATED this 10th day of May, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE