# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENDAN NASBY,<br><br>                       Petitioner,<br>v.<br><br>E.K. MCDANIEL, et al.,<br><br>                       Respondents. | Case No. 3:07-cv-00304-LRH-WGC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 130) is GRANTED. Respondents shall have until December 18, 2018, to supplement the state court record in compliance with the Court's order of October 17, 2018.

IT IS SO ORDERED.

DATED this 20th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1