UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDAN NASBY,<br><br>                       Petitioner,<br>   v.<br>E.K. MCDANIEL, et al.,<br><br>                      Respondents. | Case No. 3:07-cv-00304-LRH-WGC<br><br>ORDER |

    On February 21, 2019, the Court ordered respondents to file a response to petitioner's request to amend the petition. Respondents filed their response on March 13, 2019.

    IT IS HEREBY ORDERED that petitioner will have fifteen days from the entry of this order to file a reply to the respondents' response.

    IT IS SO ORDERED.

    DATED this 20th day of March, 2019.

                                                                   LARRY R. HICKS
                                                                   UNITED STATES DISTRICT JUDGE