UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDAN NASBY,<br><br>                                  Petitioner,<br>v.<br>E.K. MCDANIEL, et al.,<br>                                  Respondents. | Case No. 3:07-cv-00304-LRH-WGC<br><br>ORDER |

    Petitioner's motion for enlargement of time (ECF No. 167) is GRANTED. Petitioner will have until April 24, 2019, to file a reply to respondents' opposition to petitioner's request for leave to amend the petition.

    IT IS SO ORDERED.

    DATED this 5th day of April, 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1