UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENDAN NASBY,<br><br>                          Petitioner,<br>v.<br><br>E.K. MCDANIEL, et al.,<br><br>                          Respondents. | Case No. 3:07-cv-00304-LRH-WGC<br><br>ORDER |

Respondents have filed a motion to seal several exhibits submitted as part of the state court record. (ECF No. 157). One of the exhibits is the petitioner's presentence investigation report, which is a confidential document, and the remainder are documents that were filed under seal in state court and have not been unsealed. In accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), a compelling need to protect the privacy of petitioner and other privileged information in the sealed exhibits outweighs the public interest in open access to court records. The motion for leave to file under seal (ECF No. 157) is therefore granted, and the exhibits filed under seal in ECF No. 158 are properly filed under seal.

IT IS SO ORDERED.

DATED this 23rd day of April, 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE