UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDAN NASBY,<br><br>　　　　　　Petitioner,<br>　v.<br>E.K. MCDANIEL, et al.,<br><br>　　　　　　Respondents. | Case No. 3:07-cv-00304-LRH-WGC<br><br>ORDER |

Petitioner's motion for enlargement of time pursuant to Fed. R. Civ. P. 6(b)(1)(B) (ECF No. 174) is granted. Based on the representations of counsel in the motion for enlargement of time, the Court finds excusable neglect for the failure to timely seek the extension. Petitioner will therefore have to and including July 8, 2019, to file an amended petition in accordance with the Court's order of April 23, 2019.

IT IS SO ORDERED.

DATED this 13th day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1