UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRENDAN NASBY, | Case No. 3:07-cv-00304-LRH-WGC |
| Petitioner, | |
| v. | **ORDER** |
| E.K. MCDANIEL, et al., | |
| Respondents. | |

Respondents' first unopposed Motion for Enlargement of Time (ECF No. 178) is GRANTED. Respondents will have until October 21, 2019, to file a second amended answer to the amended petition for writ of habeas corpus (ECF No. 176) in this case.

As previously ordered, Petitioner will have 30 days from service of the second amended answer to file an amended reply. (ECF No. 173).

DATED this 27th day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1