# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDAN NASBY, | Case No. 3:07-cv-00304-LRH-WGC |
| Petitioner, | |
| v. | **ORDER** |
| E.K. MCDANIEL, et al., | |
| Respondents. | |

Currently before the Court is Respondents' third Motion for Enlargement of Time (ECF No. 187). Because a ruling on Respondents' Motion to Strike (ECF No. 182) will determine whether Respondents must answer Petitioner's Amended Petition (ECF No. 176) or potentially file a motion to dismiss, the Court will vacate the current deadline to file a second amended answer and revise the briefing schedule as necessary in its forthcoming order.

Good cause appearing,

IT IS THEREFORE ORDERED that Respondents' third Motion for Enlargement of Time (ECF No. 187) is GRANTED IN PART AND DENIED IN PART.

IT IS FURTHER ORDERED that the deadline for Respondents to file a second amended answer is VACATED pending further order of the Court.

DATED this 9th day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1