UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDAN NASBY, | Case No. 3:07-cv-00304-LRH-WGC |
| Petitioner, | |
| v. | **ORDER** |
| E.K. MCDANIEL, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Brendan Nasby's unopposed first Motion for Extension of Time (ECF No. 203).

The Court has repeatedly warned: "**Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence.**" (*See* ECF Nos. 183, 190, 192, 198.)  The Court has further directed both parties to "prioritize the briefing in this case over later-filed matters." (*Id.*)

Nasby now seeks a 45-day extension to file and serve a reply in support of the amended petition's remaining grounds.  He provides detailed and compelling reasons why additional time is necessary to complete the reply brief.  The extension will therefore be granted.  However, moving forward, the Court's instruction and warning remain in effect, and requests for lengthy extensions will not be granted.

IT IS THEREFORE ORDERED: Nasby's unopposed first Motion for Enlargement of Time (ECF No. 203) is **GRANTED**.  Nasby has until December 3, 2020, to file and serve a reply in support of the remaining grounds of the Amended Petition (ECF No. 176).

DATED this 15th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1