UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDAN NASBY,<br><br>                         Petitioner,<br>      v.<br><br>E.K. MCDANIEL, et al.,<br><br>                         Respondents. | Case No. 3:07-cv-00304-LRH-WGC<br><br>**ORDER** |

This habeas matter is before the Court on Petitioner Brendan Nasby's unopposed second Motion for Extension of Time (ECF No. 205).

The Court has repeatedly warned: "Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence. (*See* ECF Nos. 183, 190, 192, 198, 202, 204 (emphasis omitted).)

Nasby now seeks a "final" 15-day extension to file and serve a reply in support of the amended petition's remaining grounds. He provides detailed and compelling reasons why additional time is necessary to complete the reply brief. The extension will therefore be granted. However, the Court will enforce counsel's representation that this is the final extension of time necessary to complete the reply—no further extensions will be granted.

**IT IS THEREFORE ORDERED:** Petitioner Brendan Nasby's unopposed second Motion for Enlargement of Time (ECF No. 205) is **GRANTED**. Nasby has until December 18, 2020, to file and serve a reply in support of the remaining grounds of the Amended Petition (ECF No. 176). No further extensions will be granted.

DATED this 2nd day of December 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE