# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN NASBY, | 3:07-cv-00304-LRH-WGC |
| *Petitioner,* | |
| vs. | ORDER |
| E.K. McDANIEL, *et al,* | |
| *Respondents.* | |

This habeas matter under 28 U.S.C. § 2254 having come before the Court on petitioner's counsel's motions to withdraw as counsel (ECF Nos. 208 & 209), following upon his acceptance of employment with the State, and accordingly for good cause shown,

IT THEREFORE IS ORDERED that the motions to withdraw (ECF Nos. 208 and 209) are GRANTED, that Thomas Qualls is WITHDRAWN as counsel for petitioner, and that substitute counsel shall be appointed for petitioner.

IT FURTHER IS ORDERED that the Clerk of Court send a copy of this order to Kim Driggers at the Federal Public Defender, who shall locate substitute counsel for petitioner.

IT FURTHER IS ORDERED that the Clerk shall send a copy of this order to petitioner in proper person, Brendan J. Nasby #63618, at the current inmate mail address for Lovelock Correctional Center.

IT FURTHER IS ORDERED that the Clerk is directed to temporarily stay and administratively close this action until such time as the Court orders the action to be reopened.

DATED this 5th day of April, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1