UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDAN NASBY,<br><br>　　　　　　　　Petitioner,<br>　v.<br>E.K. MCDANIEL, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:07-cv-00304-LRH-WGC<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed first Motion for Extension of Time (ECF No. 215) is GRANTED.

On April 8, 2021, the Court appointed counsel for petitioner (ECF No. 211) after granting motions to withdraw as counsel (ECF Nos. 208, 209). The Court further ordered the stay and administrative closure to remain in place for 90 days to allow new counsel time to review the extensive prior proceedings and claims herein as well as to confer with petitioner. Petitioner requests a 46-day extension of the stay and administrative closure. The stay and administrative closure is extended until August 23, 2021. By granting any extension herein, the Court makes no implied finding or representation as to the timeliness of any claim asserted or to be asserted herein. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

DATED this 26th day of July 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE